IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | 4:19 CR 428 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| ANDRE J. EARVIN, ) | Sections 2113(a) |
| ) | |
| Defendant. ) | JUDGE LIOI |

COUNT 1
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury charges:

1. On May 30, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDRE EARVIN by intimidation, did take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of the Home Savings Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.